IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RAYMOND SHERELOCK FELDER,

    Plaintiff pro se,

  v.

RYDER LOGISTICS,

    Defendant.

CIVIL ACTION FILE

NO. 1:17-CV-05315-WSD-WEJ

## FINAL REPORT AND RECOMMENDATION

Mr. Felder filed the Complaint [1] on December 20, 2017, but he did not file proof of service within ninety days. On April 5, 2018 [3], the Court directed Mr. Felder to file proof of service within twenty days or to show good cause as to why he had not served defendant. More than twenty days have passed and he has not filed proof of service or taken other steps to prosecute this case.

The Court warned Mr. Felder that a failure to file proof of service would result in a recommendation that his case be dismissed without prejudice. See Fed. R. Civ. P. 4(c), (m) (failing to comport with the service deadline may result in dismissal without prejudice); Fed. R. Civ. P. 41(b); L.R. 41.3(A)(2), N.D. Ga. ("The court may, with or without notice to the parties, dismiss a civil case for

want of prosecution if . . . [a] plaintiff . . . shall, after notice, . . . fail or refuse to obey a lawful order of the court in the case . . . .") Due to Mr. Felder's failure to serve and failure to obey the Court's April Order, the undersigned **RECOMMENDS** that the case be **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to terminate the reference to the undersigned Magistrate Judge.

**SO RECOMMENDED**, this 8th day of May, 2018.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE